IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| KALA ATTIIM SEKOU, | ) CASE NO. 7:14CV00446 |
| Plaintiff, | ) |
| v. | ) FINAL ORDER |
| JOHN C. COMBS, *ET AL.*, | ) By: Norman K. Moon |
| | ) United States District Judge |
| Defendant(s). | ) |

In accordance with the accompanying memorandum opinion, it is hereby **ADJUDGED AND ORDERED** that Sekou's motions for entry of default and for default judgment (Docket Nos. 9, 12, 13, and 16) are **DENIED** for lack of cause shown;[1] Sekou's § 1983 claims are **DISMISSED** without prejudice, pursuant to 28 U.S.C. §§ 1915A(b)(1) and 1367(c); and the clerk shall **STRIKE** the case from the active docket of the court.

**ENTER**: This 10th day of April, 2015.

*Norman K. Moon*
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE

---

[1] Sekou alleges in his motions for default judgment that, according to the court's docket, the United States Marshals Service has served this case upon on the defendants. However, Sekou is mistaken. The court has not ordered service of the complaint, and there is no evidence that the USMS has otherwise served the complaint.